# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# CENTRAL DIVISION

| | |
|---|---|
| Dustin Brian LaRoche,<br>   Movant,<br><br>v.<br><br>IN RE: MOTION FOR NAME AND<br>MEDIA SUPPRESSION | )<br>)<br>)   Case No.: __3:25-mc-19__<br>)<br>)<br>)<br>) |

## EMERGENCY MOTION FOR NAME SUPPRESSION, MEDIA RESTRICTION, AND PROTECTIVE ORDER

     **COMES NOW** Movant, Dustin LaRoche, respectfully requesting this Court to issue an order suppressing public disclosure of Movant's name and the names of Movant's immediate family members. This request would issue a media suppression order prohibiting any newspaper, news station, broadcaster, digital platform, or affiliated media outlet from publishing, transmitting, or otherwise disseminating Movant's name, likeness, familial associations, or any identifying information in proximity to this matter. This includes but is not limited to references that could reasonably lead to identification of Movant or his immediate family, whether by name, image, geographic location, or contextual inference. In addition, to restrict media access and dissemination of any identifying information related to this matter. This motion is brought pursuant to the Court's inherent authority to protect litigants from undue harm, preserve the integrity of judicial processes, and prevent judicial prejudice.

Movant further requests that the Court prohibit any media coverage that includes courtroom photography, audio recording, live transmission, or derivative reporting that may compromise Movant's anonymity or safety.

### I. GROUNDS FOR RELIEF

    1. Movant and his immediate family have been subjected to sustained and targeted electronic terrorism, including but not limited to digital surveillance, harassment, and

2. technological interference. These acts have escalated to a level constituting a credible and ongoing threat to personal safety, privacy, and psychological well-being.
3. Despite numerous reports submitted to federal agencies—including the Federal Bureau of Investigation and other relevant bureaus—no immediate protective action has been undertaken, leaving Movant and his family vulnerable to continued targeting.
4. The nature of the threats is technologically sophisticated and retaliatory, and public identification of Movant or his family would exacerbate the risk of harm and further embolden malicious actors.
5. Public disclosure of Movant's identity or familial associations would prejudice his right to fair and unimpeded judicial processes, subjecting him to extrajudicial targeting, reputational harm, and procedural obstruction.
6. Media coverage or dissemination of Movant's identity, family details, or case particulars would serve no legitimate public interest and would instead amplify the risk of harm, compromise the integrity of any proceedings, and deter Movant's access to relief.

## II. REQUESTED RELIEF

Movant respectfully requests that the Court:

1. Permit Movant to proceed under pseudonym or sealed designation in all public filings if so desired;
2. Suppress the names of Movant's immediate family from any public record, transcript, or proceeding(s);
3. Direct the Clerk of Court to redact or seal any identifying information already entered into the federal and state judicial systems;
4. Issue a media restriction order prohibiting press, digital platforms, or third-party entities from publishing, broadcasting, or otherwise disseminating Movant's name, likeness, or immediate family members and their familial associations;
5. Prohibit courtroom photography, audio recording, or live transmission of proceedings involving Movant;
6. Grant any further relief deemed just and proper to ensure Movant's safety, privacy, and access to fair and unbiased justice.

## III. CERTIFICATION

Movant certifies that this request is made in good faith, not for delay, and is supported by credible evidence of harm and procedural necessity. Movant stands ready to provide sworn affidavits, exhibits, or personal testimony to substantiate the claims herein.

Date: 11-10-25

Respectfully submitted,

*Dustin LaRoche*

Dustin LaRoche
Pro Se
22909 Little Elk Lane
Lower Brule, SD 57548

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
Dustin Brian LaRoche

**DEFENDANTS**
IN RE: Motion for name and media suppression

**(b)** County of Residence of First Listed Plaintiff: Lyman
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Lyman
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro Se

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane / 365 Personal Injury - Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability / 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability / 368 Asbestos Personal Injury Product Liability | | 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | | 835 Patent - Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | | 840 Trademark | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle / **PERSONAL PROPERTY** / 370 Other Fraud | **LABOR** | 880 Defend Trade Secrets Act of 2016 | 470 Racketeer Influenced and Corrupt Organizations |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability / 371 Truth in Lending | 710 Fair Labor Standards Act | | 480 Consumer Credit (15 USC 1681 or 1692) |
| 190 Other Contract | 360 Other Personal Injury / 380 Other Personal Property Damage | 720 Labor/Management Relations | **SOCIAL SECURITY** | 485 Telephone Consumer Protection Act |
| 195 Contract Product Liability | 362 Personal Injury - Medical Malpractice / 385 Property Damage Product Liability | 740 Railway Labor Act | 861 HIA (1395ff) | 490 Cable/Sat TV |
| 196 Franchise | | 751 Family and Medical Leave Act | 862 Black Lung (923) | 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | 790 Other Labor Litigation | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| 210 Land Condemnation | [X] 440 Other Civil Rights / **Habeas Corpus:** | 791 Employee Retirement Income Security Act | 864 SSID Title XVI | 891 Agricultural Acts |
| 220 Foreclosure | 441 Voting / 463 Alien Detainee | | 865 RSI (405(g)) | 893 Environmental Matters |
| 230 Rent Lease & Ejectment | 442 Employment / 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | 895 Freedom of Information Act |
| 240 Torts to Land | 443 Housing/ Accommodations / 530 General | | 870 Taxes (U.S. Plaintiff or Defendant) | 896 Arbitration |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment / 535 Death Penalty | **IMMIGRATION** | 871 IRS—Third Party 26 USC 7609 | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other / **Other:** / 540 Mandamus & Other | 462 Naturalization Application | | 950 Constitutionality of State Statutes |
| | 448 Education / 550 Civil Rights | 465 Other Immigration Actions | | |
| | 555 Prison Condition | | | |
| | 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause: Protect litigants from technological harassment and retaliatory harm

**VII. REQUESTED IN COMPLAINT:**
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [ ] No

**VIII. RELATED CASE(S) IF ANY** *(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE: 11-10-25
SIGNATURE OF ATTORNEY OF RECORD: *Dust LaRoche*

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

Dustin LaRoche
PO Box 6
Lower Brule, SD
57548

DAKOTA CENTRAL 573

13 NOV 2025 PM 2 L



Clerk of Courts
PO Box 7147
U.S. Post Office and Courthouse
225 South Pierre Street, Room 203
Pierre, SD
57501

57501-241925

